David A. Garcia CA Bar No. 218356
david.garcia@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Erica J. Chee CA Bar No. 255720
erica.chee@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702-369-6800
Facsimile:   702-369-6888

Attorneys for Plaintiff Red Pill VR, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RED PILL VR, INC. a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REDPILL CANADA VR, INC., a Canadian corporation; MARC-ANTOINE PINARD, an individual, DOMINIQUE ROUSSY, an individual, JEREMY COOPERSTOCK, an individual, AND PARMINDER SINGH, an individual,<br><br>　　　　　Defendants. | Case No. _____<br><br>**PLAINTIFF RED PILL VR, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[*Filed Concurrently with Certificate of Interested Parties; Civil Cover Sheet; and Notice of Related Cases*]<br><br>Complaint Filed: September 22, 2020<br>Trial Date:　　None<br>District Judge:　Hon. TBD<br>Magistrate Judge: Hon, TBD |

**TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF CALIFORNIA AND TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Plaintiff Red Pill VR, Inc.'s ("Plaintiff") certifies that is a corporation with its principal place of business in Los Angeles, California and incorporated under the laws of Delaware.  There are no no publicly held corporations that own ten percent (10%) or more of Plaintiff's stock.

DATED: <u>September 22, 2020</u>             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  */s/ David A. Garcia*
             David A. Garcia
             Erica J. Chee
             Attorneys for Plaintiff Red Pill VR, Inc.

Red Pill VR Inc. - Corporate

1

PLAINTIFF RED PILL VR, INC.'S CORPORATE DISCLOSURE STATEMENT