LAW OFFICES OF TODD B. SEROTA
TODD B. SEROTA, State Bar No. 109875
Email: tserota@alum.mit.edu
1601 N. Sepulveda Blvd., #793
Manhattan Beach, California 90266
Telephone: (310) 798-2004
Facsimile: (310) 798-7273

Attorneys for Defendants Redpill Canada VR, Inc., Marc-Antoine Pinard, Dominique Roussy, Jeremy Cooperstock and Parminder Singh

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED PILL VR, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br> v.<br><br>REDPILL CANADA VR, INC., a Canadian Corporation, MARC-ANTOINE PINARD, an individual, DOMINIQUE ROUSSY, an individual, JEREMY COOPERSTOCK, an individual, AND PARMINDER SINGH, an individual.<br><br>    Defendants. | Case No. 2:20-cv-8706-SVW<br><br>**DECLARATION OF TODD B. SEROTA IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION FOR TRO AND OSC**<br><br>[Filed concurrently with Defendants' Response To Plaintiff's Ex Parte Application For TRO And OSC] |

I, Todd B. Serota, declare and state that:

1. I am a member of the Bar of the State of California, a member of the Bar of this Court and I am counsel for Defendants in the above captioned-action. I make this declaration in support of Defendants' Response To Plaintiff's Ex Parte

Application For TRO And OSC. The matters stated herein are of my own personal knowledge and if called as a witness I could and would competently testify thereto.

2. I was only hired to represent Defendants at 9:30 a.m. this morning, so it was not possible to file a substantive opposition to Plaintiff's ex parte application.

3. None of the operative documents in this case (complaint, summons and the ex parte application itself) have been served on any of the Defendants. Defendants only have copies of the operative documents because an attorney at Plaintiff's New York law firm sent courtesy copies of the documents to Defendants' Canadian counsel.

4. Plaintiff's Notice of Related Cases form filed concurrently with the complaint states that there are no related cases. This is a critical fraudulent misrepresentation because there is a related arbitration pending in Canada between Defendants and Plaintiff Redpill Canada VR, Inc. The case was filed in The Adric Institute of Canada (a well-recognized arbitration organization in Canada) by all of the individual Defendants against the Plaintiff with the one corporate Defendant impleaded on September 16, 2020 and arises out of the same facts (primarily breach of the DSA at issue in the case at bar).

I declare under penalty of perjury under the laws of the United States Of America and California that the foregoing is true and correct and that this declaration was executed on September 24, 2020 at Redondo Beach, CA.

_____/s/_____
Todd B. Serota