David A. Garcia CA Bar No. 218356
david.garcia@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Erica J. Chee CA Bar No. 255720
erica.chee@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702-369-6800
Facsimile: 702-369-6888

Attorneys for Plaintiff Red Pill VR, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| RED PILL VR, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDPILL CANADA VR, INC., a Canadian corporation; MARC-ANTOINE PINARD, an individual, DOMINIQUE ROUSSY, an individual, JEREMY COOPERSTOCK, an individual, AND PARMINDER SINGH, an individual,<br><br>Defendants. | Case No. 2:20-cv-08706<br><br>**PLAINTIFF RED PILL VR, INC.'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Complaint Filed: September 22, 2020<br>Trial Date: None<br>District Judge: Hon. Stephen V. Wilson<br>Magistrate Judge: Hon. Jacqueline Choolijian |

Case No. 2:20-cv-08706

**PLAINTIFF RED PILL VR, INC.'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiff Red Pill VR, Inc. ("Plaintiff") hereby withdraws its Motion for Preliminary Injunction ("Motion") (ECF No. 7) pursuant to LR 7-16 of this Court's Local Rules.

The parties have reached an agreement to resolve the disputed issues identified in Plaintiff's Motion. The resolution moots the Court's need to issue a decision on the Motion. Moreover, Plaintiff's withdrawal of the Motion moots the necessity for the hearing currently scheduled for October 19, 2020 and subject to a Stipulation (ECF No. 22) requesting the hearing be continued to October 26, 2020.

DATED: October 9, 2020

By: */s/ Erica J. Chee*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
David Garcia, Esq.
Erica Chee, Esq.

OVED & OVED LLP
Terrence A. Oved, Esq. (*pro hac vice* application forthcoming)
Andrew J. Urgenson, Esq. (*pro hac vice*)
Glen Lenihan, Esq. (*pro hac vice*)

Attorneys for Plaintiff
RED PILL VR, INC.

44531150_1.docx

Case No. 2:20-cv-08706

1

**PLAINTIFF RED PILL VR, INC.'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

**PROOF OF SERVICE**
*Red Pill VR, Inc. v. RedPill Canada VR, Inc., et al.*
Case No. 2:20-cv-08706

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On October 9, 2020, I served the following document(s):

**PLAINTIFF RED PILL VR, INC.'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:

Case No. 2:20-cv-08706

2

**PLAINTIFF RED PILL VR, INC.'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

| | | |
|---|---|---|
| ☐ | | [Federal Court] the written confirmation of counsel in this action and order of the court: |
| ☒ | **BY CM/ECF:** | With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System. |
| ☐ | **(Federal)** | I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |
| ☒ | **(Federal)** | I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 9, 2020, at Las Vegas, Nevada.

*/s/ Erica J. Chee*
Erica J. Chee

44531150_1.docx

Case No. 2:20-cv-08706
3
**PLAINTIFF RED PILL VR, INC.'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

**SERVICE LIST**

Todd B. Serota
Todd B Serota Law Offices
1601 N Sepulveda Blvd, Ste 793
Manhattan Beach, CA 90266
310-798-2004
Email: tserota@alum.mit.edu
*Attorney for Defendants*

44531150.1

44531150_1.docx

Case No. 2:20-cv-08706
4
**PLAINTIFF RED PILL VR, INC.'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**