JS-6

1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RED PILL VR, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>REDPILL CANADA VR, INC., a Canadian corporation; MARC-ANTOINE PINARD, an individual; DOMINIQUE ROUSSY, an individual; JEREMY COOPERSTOCK, an individual; AND PARMINDER SINGH, an individual,<br><br>            Defendants. | CASE NO. 2:20-cv-08706-SVW-JC<br><br>**ORDER TO SUBMIT MATTER TO ARBITRATON**<br><br>Complaint Filed: September 22, 2020<br>Trial Date:          None<br>District Judge:   Hon. Stephen V. Wilson<br>Magistrate Judge: Hon. Jacqueline Choolijian |

Case No. 2:20-cv-08706-SVW-JC

Upon considering the parties' Stipulation to Submit Matter to Arbitration and Stay Proceedings (the "Stipulation"):

IT IS HEREBY ORDERED THAT

1. The parties shall comply with the Dispute Resolution provision in paragraph 13(g) of the Development Services Agreement (the "Arbitration Provision"), attached to the Stipulation as Exhibit A.

2. Pending the final resolution of this matter pursuant to the Arbitration Provision or by a settlement agreed upon by the Parties, this action is hereby dismissed without prejudice.

3. The case is moved to the Court's inactive calendar.

DATED:  November 16, 2020

_____
Hon. Stephen V. Wilson
United States District Court Judge

Case No. 2:20-cv-08706-SVW-JC